SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
GURI GONZALEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GURI GONZALEZ,

Plaintiff,

vs.

SUPERGOODIE, INC.; EDGARDO D BUSTAMANTE, AS TRUSTEE OF THE E & P BUSTAMANTE REVOCABLE TRUST; and DOES 1 to 10,

Defendants.

**Case No.: 2:26-cv-06392-SRM-AYPx**

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

Notice is hereby given that Plaintiff GURI GONZALEZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: August 25, 2026

**SO. CAL EQUAL ACCESS GROUP**

*/s/ Jason J. Kim*
JASON J. KIM
Attorney for Plaintiff